# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00385-CV

**Joe Y. Rogers, III, Appellant**

**v.**

**Sandra Rogers Miller, Appellee**

## FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## NO. 17-0461-CP4, THE HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on August 28, 2018. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due January 11, 2019. In granting the most recent extension, this Court advised appellant that no further extensions would be granted. To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Dismissed for Want of Prosecution

Filed: February 13, 2019